THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* EDWARD
LOVE, Respondent.

Argued January 14, 1953; decided April 24, 1953.

*Miles F. McDonald,* District Attorney (*Aaron Nussbaum* and *Henry J. F. Davey* of counsel), for appellant.

*Paul F. Donohue* and *Charles A. Bohl* for respondent.

*Per Curiam.* This is not a situation encompassed by our decision in *People* v. *Olah* (300 N. Y. 96). In our view — and it is based on the record of what occurred when defendant pleaded guilty in 1935 in Alabama to the crime of grand larceny — he admitted and acknowledged that he " feloniously took " certain property " from [the] person " of its owner — an act which,

724

if committed within this state, would have been felonious (Penal Law, §§ 1941, 1942), namely, grand larceny in the second degree (Penal Law, §§ 1290, 1296, subd. 2). Consequently, the trial court had no alternative but to adjudge and sentence defendant as a fourth felony offender.

The order adjudging defendant a third felony offender, and the judgment sentencing him as a third felony offender, should be reversed and defendant returned to the County Court of Kings County for adjudication and resentence as a fourth felony offender under section 1942 of the Penal Law.

LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ., concur.

Judgment reversed, etc.